NUMBER 13-00-780-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


MICHAEL RAMIREZ , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 319th District Court 

 of Nueces County, Texas

__________________________________________________________________


O P I N I O N 

Before Justices Dorsey, Rodriguez, and Castillo 

Opinion Per Curiam



Appellant, MICHAEL RAMIREZ , attempted to perfect an appeal from a judgment entered by the 319th District Court of
Nueces County, Texas. On January 17, 2001 , the trial court granted appellant's motion for reconsideration of sentence,
vacated the judgment from which this appeal was taken, and entered a new judgment. No appeal was perfected from the
new judgment.

The Court, having examined and fully considered the documents on file and the trial court's order granting motion for
reconsideration of sentence, is of the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is
hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 23rd day of August, 2001 .